# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAM VANKHAM,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:13-cv-01791-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE CONSENT OR DECLINE FORM WITHIN TEN DAYS<br><br>(ECF No. 7) |

Plaintiff Pam Vankham filed this action on November 4, 2013.  On January 8, 2014, Plaintiff filed a consent/decline form.  While there are indications that the Plaintiff intended to consent to the jurisdiction of the magistrate judge, the form does not contain information identifying the case name, the attorney or Plaintiff's name, or the date.  Accordingly, within ten days from the date of service of this order, Plaintiff shall file a completed consent/decline form.

IT IS SO ORDERED.

Dated:   **December 1, 2014**

UNITED STATES MAGISTRATE JUDGE

1